**LAW OFFICE OF KERRY LAWRENCE, PLLC**
140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email: kerry@kerrylawrencelaw.com

Admitted in NY & CT

**MEMO ENDORSED**

August 4, 2023

VIA ECF
Honorable Victoria Resnik
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**APPLICATION GRANTED**
_Victoria Reznik_  8/4/23
Hon. Victoria Reznik, U.S.M.J.

Re: *USA v. Rafael Ventura Paula*
23-Mj-5337

Dear Judge Resnik:

I am writing, with the consent of the Government and Pretrial Services, to request that Mr. Ventura Paula's bail be modified to remove his home detention and instead impose a curfew with hours to be determined at the discretion of Pretrial Services.

Mr. Ventura Paula has been fully compliant with each and every condition of his pretrial release.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

cc: AUSA David Markewitz (via ECF and email)
    Pretrial Services Officer Ashley Cosme (via email)